[No. 13974.  *En Banc.*  March 4, 1918.]

G. H. DAHLSTROM, *Respondent*, v. NORTHERN PACIFIC RAILWAY
COMPANY et al., *Appellants.*

G. H. DAHLSTROM et al., *Respondents*, v. NORTHERN PACIFIC RAILWAY
COMPANY et al., *Appellants.*[1]

Appeal from judgments of the superior court for Pierce county,
Chapman, J., entered August 2, 1916, upon verdicts rendered in
favor of the plaintiffs, in consolidated actions for personal injuries
sustained in a train wreck.  Affirmed.

*Geo. T. Reid, J. W. Quick*, and *L. B. da Ponte*, for appellants.
*Govnor Teats, Leo Teats*, and *Ralph Teats*, for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court
still adhere to the opinion heretofore filed herein as reported in
98 Wash. 390, 167 Pac. 1078, and for the reasons there stated, the
judgments are affirmed.